AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio ▾

| | |
|---|---|
| United States of America<br>v.<br><br>BRADLEY KYLE MUSGRAVE<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.  1:26-mj-493 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 27, 2026 _____ in the county of _____ Hamilton _____ in the _____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession/Access with intent to view child pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon Capps, SA FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Jun 11, 2026__

_____
Karen L. Litkovitz
United States Magistrate Judge

City and state: _____ Cincinnati, Ohio _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|  |  |
|---|---|
|  | **Case No.** 1:26-mj-493 |
|  | **Filed Under Seal** |

**AFFIDAVIT**

I, Brandon Capps, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March of 2020.  Prior to my employment at the FBI, I was employed for three years as a Certified Public Accountant for Plante Moran, PLLC.  I am currently assigned to violent crime squad at the FBI Cincinnati Field Office. While employed by the FBI, I have investigated federal criminal violations related to violent crimes against children and the sexual exploitation of children, among others.  I have gained experience through training at the FBI to include interviewing techniques, arrest procedures, search and seizure, and investigative techniques. Additionally, I have experience utilizing confidential informants, toll records, GPS information, digital and social media search warrants, bank records, and other analytical procedures in furtherance of federal investigations.  As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.      Based on my training and experience and the facts as set forth in this affidavit, there

1

is probable cause to believe that a violations of 18 U.S.C. § 2252A(a)(1) – Transportation of Child Pornography and 18 U.S.C. § 2252A(a)(5)(B) - Possession of Child Pornography, have been committed by KYLE MUSGRAVE (hereafter "MUSGRAVE").

**<u>PROBABLE CAUSE</u>**

4.      In May 2026, FBI Cincinnati initiated a federal investigation after Ohio Internet Crimes Against Children (ICAC) Task Force identified 17 National Center For Missing & Exploited Children (NCMEC) Cybertips[1] reported by Synchronoss Technologies, Inc[2] referencing Verizon cloud account associated with phone number 513-488-3712 ("SUBJECT ACCOUNT") . The Cybertips document that Synchronoss Technologies flagged the SUBJECT ACCOUNT for apparent child pornography files that were uploaded/stored within the SUBJECT ACCOUNT.  Based on my training and experience, I know that Synchronoss Technologies, Inc provides cloud storage[3] for Verizon subscribers.

5.      The reported NCMEC Cybertips are dated between approximately June 25, 2025 and March 29, 2026. Based on my training and experience, this documents a pattern of uploading/possessing child pornography. I know that individuals engaged in child pornography crimes often continue collecting, distributing and storing these files.

---

[1] The National Center for Missing & Exploited Children (NCMEC) is a private, non-profit 501(c)(3) organization created in 1984 by child advocates to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further NCMEC's mission to reduce child sexual exploitation and prevent future victimization, NCMEC operates the CyberTipline. NCMEC makes information submitted to the CyberTipline by members of the public and Electronic Service Providers available to law enforcement and uses this information to identify online trends endangering children that can be addressed in child safety and prevention messaging.

[2] Synchronoss Technologies is a global software company providing cloud-based digital transformation, personal cloud, and customer engagement solutions for telecom operators, enterprises, and financial firms, helping them manage subscriber data, streamline onboarding, and create new revenue through AI-powered platforms for services like Verizon.

[3] Cloud storage means cloud computing with on-demand availability of computer system resources, especially data storage and computing power, without direct active management by the end user. The term is generally used to describe data centers available to many users over the Internet. As further detailed in this affidavit, Synchronoss Technologies, Inc manages the cloud storage capability for Verizon Wireless, whom in turn offers the cloud-storage service to customers.

6.    It is documented within the referenced Cybertips that NCMEC either views one or more of the reported files or there is a "hash"[4] match in the NCMEC database.

7.    The subscriber information provided by Synchronoss Technologies for the SUBJECT ACCOUNT include Verizon Cell Phone number 513-488-3712. Law enforcement database inquiries of the cell phone number 513-488-3712 result back to Bradley Kyle MUSGRAVE. Additionally open source inquiries for the cell phone number 513-488-3712 revealed that the number is associated with a CashApp[5] account utilizing display name Kyle Musgrave and username $kylemusgrave1823.

8.    Your affiant has reviewed the contents and files reported in the 17 referenced Cybertips associated with the SUBJECT ACCOUNT. In total, your affiant observed 35 unique video files and 6 image files depicting apparent child pornography. These files include depictions of prepubescent children engaged in sexual acts with other prepubescent children. Furthermore, your affiant observed child pornography files depicting bestiality. The following are examples of the files observed by your affiant:

File Name: 2278cb804d32f4a70cf7bf9f1197fd3b.mp4

Uploaded: 7/28/2025

Video Duration: 35 seconds

Description: Video file depicting a nude prepubescent female child lying on her back. The child's face, vagina, and anus are exposed throughout the video. An adult male uses his penis to penetrate the child's anus. The adult male ejaculates semen onto the child's vagina and

---

[4] A hash value is a string of text/numbers generated by a mathematical algorithm when evaluating a single file, groups of files, or even an entire hard drive. A hash value is typically a string of hexadecimal values, generally 32 to 64 characters long, depending on the hash algorithm used. It is unlikely that two different digital files will have the same hash value when processed by an algorithm. A hash value can be likened to a digital fingerprint and is a way of identifying and verifying a chunk of digital data. The MD5 is a standard algorithm used to generate hash values.

[5] Cash App (formerly Square Cash) is a digital wallet for American consumers. Launched by Block, Inc., in 2013, it allows users to send, receive, and save money; access debit cards; invest in stocks and bitcoin; apply for personal loans; and file taxes.

3

anus.

File Name: 11b39aa2352a9b6f6093844aaab9b5f8.mp4

Uploaded: 8/4/2025

Video Duration: 19 seconds

Description: Video file depicting a minor female grabs the genitals of an apparent male black colored canine and forces penile vaginal intercourse with the canine. The female child's vagina is exposed and is only wearing a pink and white colored sweatshirt and glasses.

File Name: 38b4958c02d3beabd144bc48bd0961c7.mp4

Uploaded: 3/28/2026

Video Duration: 48 seconds

Description: Video file depicting an adult male using his penis to rub and partially penetrate a prepubescent minor female's anus and/or vagina. The female child is completely nude lying on her hands and knees facing away from the camera.

9. On May 27, 2026, FBI Cincinnati contacted Synchronoss Technologies to preserve the SUBJECT ACCOUNT. Synchronoss Technologies confirmed that the SUBJECT ACCOUNT is active and that the contents are preserved as of May 27, 2026.

10. In May 2026, FBI Cincinnati submitted an administrative subpoena to Verizon for the cell phone 513-488-3712 requesting subscriber information for the date range March 1, 2026 – May 26, 2026. Verizon responded and provided that the customer subscriber associated with the cell phone is ███████████████████████, Cincinnati, OH. Notably, Verizon provided that the cell phone is still active.

4

11. Law enforcement database searches show Bradley Kyle MUSGRAVE being recently associated with address ▮▮▮▮▮▮▮▮, Cincinnati, OH. Furthermore, open-source inquiries show that Facebook user Kyle MUSGRAVE is in a relationship with Facebook user ▮▮▮▮▮▮▮▮. ▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ per follow up database searches, the subscriber of the cell phone 513-488-3712 as of May 2026.

12. The law enforcement database searches revealed that Bradley Kyle Musgrave's current primary address is 55 Jackson Dell Court, Cleves, OH 45002 ("**Subject Premises**").

13. On June 5, 2026, FBI Cincinnati obtained two federal search warrants (1:26-mj-476 & 1:26-mj-477) issued in the Southern District of Ohio signed by the honorable Karen L. Litkovitz authorizing the search of historical and prospective Verizon location data for cell phone 513-488-3712 and authorizing the search of the Synchronoss Verizon cloud account associated with 513-488-3712 respectively.

14. The location data for cell phone 513-488-3712 from 6/8/2026 – 6/11/2026 consistently shows the phone being located in the vicinity of the **Subject Premises** to include overnight hours indicating that the **Subject Premises** is MUSGRAVE's primary residence.

15. On June 2, 2026, FBI Cincinnati conducted physical surveillance at the **Subject Premises** at approximately 7:17AM. Your affiant observed a grey colored Dodge van bearing Ohio license plate KEK6261 registered to MUSGRAVE parked in the driveway. In addition, your affiant observed a blue colored Chevrolet pickup truck backed into the driveway. The truck matches the likeness of another vehicle (2013 blue colored Chevrolet Silverado bearing OH license plate FFA8968) registered to MUSGRAVE.

16. On June 11, 2026, FBI Cincinnati conducted physical surveillance at the **Subject Premises** at approximately 10:19AM. FBI Agents observed the 2013 blue colored Chevrolet Silverado bearing

5

OH license plate FFA8968 registered to MUSGRAVE parked in the driveway. In addition, agents observed a grey colored Dodge minivan matching MUSGRAVE's other registered vehicle backed into the driveway.

17. Your affiant reviewed the contents and data provided by Synchronoss for the Verizon cloud SUBJECT ACCOUNT. Your affiant observed approximately 75 images and videos depicting apparent child sexual abuse material. For example:

File Name: DAE7657C-25FB-4459-85B8-A01D84F46A9E.mp4

File Date: 11/27/2025

Video Duration: 5 seconds

File Description: Video file depicting a minor female child performing fellatio on an adult male. The adult male is using his hands to visibly force the minor female child's head in a back-and-forth motion. There is a toddler aged female child fully clothed in the background of the video.

File Name: 33D9A77F-1D5B-410C-946C-449EF76FADAE (1).mp4

File Date: 06/25/2025

Video Duration: 7 seconds

File Description: Video file depicting a fully nude prepubescent minor female child performing penile vaginal intercourse with an adult male.

18. Your affiant also observed multiple images depicting ██████████████████ ████████████████████████████████████████████████ ████████████████████████████████████.[6]

---

[6] Additionally, your affiant has learned that two individuals previously alleged to law enforcement that MUSGRAVE sexually abused them during their childhood.

19. Your affiant observed numerous images files depicting an individual matching the likeness of MUSGRAVE. These images appear to be "selfie" or self-taken images. In addition, your affiant observed an image depicting MUSGRAVE's Ohio driver license and social security card. Based on the observed images, your affiant believes that MUSGRAVE is the user of the SUBJECT account.

20. Your affiant observed an image depicting a CINFED Credit Union statement in the name addressed to MUSGRAVE for February 2026. The statement included a residential address of 55 Jackson Dell Court, Cleves, OH 45002 (**Subject Premises**).

## CONCLUSION

21. Based on the foregoing, I respectfully submit that there is probable cause to believe that BRADLEY KYLE MUSGRAVE transported and possessed child pornography, in the Southern District of Ohio and elsewhere, in violation of Title 18, United States Code, §§ 2252A(a)(1) and 2252(a)(5)(B). Therefore, I respectfully request that the Court authorize a criminal complaint and arrest warrant for MUSGRAVE.

## REQUEST FOR SEALING

22. I further request that the Court order that all papers in support of this application, including the Affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Brandon Capps
Brandon Capps
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to and before me via FaceTime Video Conference on **Jun 11, 2026**

Karen L. Litkovitz
United States Magistrate Judge

7